**Electronically Filed
Supreme Court
SCWC-15-0000950
03-SEP-2020
02:12 PM**

SCWC-15-0000950

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

ALIK LUKE,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000950; 1PC151000589)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, J.,
and Circuit Judge Toʻotoʻo, assigned by reason of vacancy,
with McKenna, J. dissenting, with whom Wilson, J., joins)

Petitioner/Defendant-Appellee Alik Luke's Application

for Writ of Certiorari, filed on July 20, 2020, is hereby

rejected.

DATED: Honolulu, Hawaiʻi, September 3, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Faauuga Toʻotoʻo

